NANCY CURRY, CHAPTER 13 TRUSTEE
1000 WILSHIRE BLVD., SUITE 870
LOS ANGELES, CA  90017
(213) 689-3014 FAX (213) 689-3055

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | ) | CHAPTER 13 |
| | ) | |
| VAITKUS, CRYSTAL | ) | CASE NO. 2:15-bk-16928-WB |
| | ) | |
| | ) | **NOTICE OF RESCHEDULED** |
| | ) | **§341(a) MEETING OF CREDITORS** |
| | ) | |
| | ) | |
| | ) | |
| | ) | **New Date: June 30, 2015** |
| | ) | **Time:       01:00 PM** |
| | ) | **Place:      915 Wilshire Blvd.** |
| Debtor | ) | **10th Floor, Room 1** |
| _____ | ) | **Los Angeles, CA  90017** |

   PLEASE TAKE NOTICE that the §341(a) meeting of creditors date in this case has been **rescheduled to June 30, 2015 at 01:00 PM.  The location shall remain the same:  915 Wilshire Blvd., 10th Floor, Room 1, Los Angeles, CA  90017**.

DATED: June 3, 2015                                                  /s/Nancy Curry

NTC Reset 341

**PROOF OF SERVICE OF DOCUMENT**

**In Re:** **VAITKUS, CRYSTAL**
**Case No. LA 2:15-bk-16928-WB**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 1000 WILSHIRE BLVD., SUITE 870
> LOS ANGELES, CA  90017

The foregoing document described **as NOTICE OF RESCHEDULED §341(a) MEETING OF CREDITORS**  will be served  or was served **(a)** on the judge in chambers in the form and manner required by  LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 3, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On June 3, 2015, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
VAITKUS, CRYSTAL
455 DAWSON AVE., APT. 4
LONG BEACH, CA 90814

Attorney for Debtor
SCOTT KOSNER
LAW OFFICES OF TYSON TAKEUCHI
1100 WILSHIRE BLVD., STE. 2606
LOS ANGELES, CA 90017-1916

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R. Civ.P.5 and/or controlling LBR, on June 3, 2015 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2015 | Elizet Cash-Shelton | /s/ Elizet Cash-Shelton |
|---|---|---|
| Date | Type Name | Signature |

NTC Reset 341

```
Label Matrix for local noticing          Los Angeles Division                    524 Nebraska HOA
0973-2                                    255 East Temple Street,                C/O Feldsott & Lee. Case 12C 03822
Case 2:15-bk-16928-WB                     Los Angeles, CA 90012-3332             23161 Mill Creek Drive Ste 300
Central District Of California                                                   Laguna Hills, CA 92653-7907
Los Angeles
Wed Jun  3 14:27:24 PDT 2015

AmeriCredit Financial Services, Inc. dba GM   Credit One Bank                    Equifax Information Services, LLC
P O Box 183853                            PO Box 98872                           PO Box 740256
Arlington, TX 76096-3853                  Las Vegas, NV 89193-8872               Atlanta, GA 30374-0256


Experian                                  First National Credit Ca              Franchise Tax Board
Profile Maintenance                       500 E 60th St N                        Personal Bankruptcy MS A340
PO Box 9558                               Sioux Falls, SD 57104-0478            PO Box 2952
Allen, TX 75013-9558                                                             Sacramento, CA 95812-2952


Gm Financial                              Internal Revenue Service              Trans Union Corporation
Po Box 181145                             Centralized Insolvency Operation      Attn: Public Records Department
Arlington, TX 76096-1145                  PO Box 7346                            555 W Adams St
                                          Philadelphia, PA 19101-7346           Chicago, IL 60661-3631


Transunion Consumer Relations             United States Trustee (LA)            Crystal Vaitkus
PO Box 2000                               915 Wilshire Blvd, Suite 1850         455 Dawson Ave Apt 4
Chester, PA 19016-2000                    Los Angeles, CA 90017-3560            Long Beach, CA 90814-3657


Nancy K Curry (TR)                        Scott Kosner
1000 Wilshire Blvd., Suite 870            Law Offices of Tyson Takeuchi
Los Angeles, CA 90017-2466                1100 Wilshire Blvd Suite 2606
                                          Los Angeles, CA 90017-1964
```

             The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Courtesy NEF                           End of Label Matrix
                                          Mailable recipients    16
                                          Bypassed recipients     1
                                          Total                  17